UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH SORCE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Defendants.

Case No. 2:12-CV-00768-KJD-(GWF)

**ORDER**

    Plaintiff has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. When plaintiff commenced this action, he was a prisoner in custody at the Clark County Detention Center. Plaintiff now is a prisoner at the San Diego Central Jail. His financial information is out of date. Plaintiff will need to submit a new application to proceed in forma pauperis with current financial information.

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

///
///
///
///
///
///
///

IT IS FURTHER ORDERED that plaintiff shall file another application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send plaintiff a blank application form for incarcerated litigants. In the alternative, plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this order. Plaintiff shall have thirty (30) days from the date on which this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: September 7, 2012

_____
KENT J. DAWSON
United States District Judge