# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH SORCE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Defendants.

Case No. 2:12-cv-00768-APG-GWF

**O R D E R**

Plaintiff has submitted a second amended complaint (#21). This complaint corrects the defects that the court found in plaintiff's earlier complaints. The court will serve the second amended complaint upon defendants for a response.

**IT IS THEREFORE ORDERED** that the clerk of the court shall issue summons to the named defendants and deliver the same with copies of the second amended complaint (#21) to the U.S. Marshal for service. Plaintiff shall have twenty (20) days in which to furnish to the U.S. Marshal the required Forms USM-285. Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If plaintiff wishes to have service again attempted on an unserved defendant(s), then a motion must be filed with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted.

1  **IT IS FURTHER ORDERED** that from now onward, plaintiff shall serve upon defendants
2  or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading,
3  motion or other document submitted for consideration by the court. Plaintiff shall include with the
4  original paper submitted for filing a certificate stating the date that a true and correct copy of the
5  document was mailed to the defendants or counsel for the defendants. The court may disregard any
6  paper received by a district judge or magistrate judge which has not been filed with the clerk, and
7  any paper received by a district judge, magistrate judge or the clerk which fails to include a
8  certificate of service.

   DATED:  November 8, 2013.

   _____
   Andrew P. Gordon
   United States District Judge