# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH SORCE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Defendants.

Case No. 2:12-cv-00768-APG-GWF

**O R D E R**

Plaintiff has submitted a motion for information to be released to the plaintiff (Dkt. #36). He asks the court to provide him with the name and address of defendants' attorneys. The court does not have that information because defendants have not yet appeared in this action. Furthermore, when defendants do make an appearance, plaintiff will receive a copy of the relevant documents, which will have the information that he seeks.

**IT IS THEREFORE ORDERED** that plaintiff's motion for information to be released to the plaintiff (Dkt. #36) is **DENIED**.

DATED:   December 19, 2013.

                            ANDREW P. GORDON
                            United States District Judge