# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SORCE,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>    Defendants. | Case No. 2:12-cv-00768-APG-GWF<br><br>**ORDER** |

Plaintiff has submitted a motion to respond to the civil suit (#39). He argues that the defendants have had enough time to file a response to his pleading, and that if they do not respond, then he should obtain a default judgment. The court has no proof that process has been served on defendants. Indeed, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service upon defendants must be completed by March 10, 2014. Otherwise, the court will dismiss the action, unless plaintiff shows good cause why defendants have not been served.

**IT IS THEREFORE ORDERED** that plaintiff's motion to respond to the civil suit (#39) is **DENIED**.

DATED:  February 21, 2014.

_____
ANDREW P. GORDON
United States District Judge