# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH SORCE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Defendants.

Case No. 2:12-cv-00768-APG-GWF

**ORDER**

Plaintiff has submitted a motion for how much money that he is requesting from the defendants (Doc. #45). Plaintiff cannot put a request for final relief in the form of a motion. That information is to be included in the complaint and requested from the jury at trial. *See* Fed. R. Civ. P. 8(a)(3).

**IT IS THEREFORE ORDERED** that plaintiff's motion for how much money that he is requesting from the defendants (Doc. #45) is **DENIED**.

Dated: April 21, 2014.

    _____
    ANDREW P. GORDON
    United States District Judge