# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH SORCE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Defendants.

Case No. 2:12-cv-00768-APG-GWF

**ORDER**

The court gave plaintiff through May 20, 2014, to file proof that process has been served upon the defendants. Order (Dkt. #44). The court has received from the marshal unexecuted summons (Dkt. #48). Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court will dismiss this action unless plaintiff can provide good cause to excuse the failure to serve defendants.

Petitioner has submitted a motion to waive cost to have the marshal serve the defendants (Dkt. #50). This motion is moot because the court already has granted petitioner leave to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that plaintiff shall have thirty (30) days from the date that this order is entered to show good cause why service of process was not made within the allowed time. Failure to comply will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that plaintiff's motion to waive cost to have the marshal serve the defendants (#50) is **DENIED** as moot.

Dated: July 31, 2014.

ANDREW P. GORDON
United States District Judge