# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH SORCE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, et al.,

    Defendants.

Case No. 2:12-cv-00768-APG-GWF

**ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court directed plaintiff to show cause why he had not filed proof of service upon defendants. Order (Dkt. #51). Plaintiff has not submitted a response. Consequently, the court dismisses this action.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that an appeal from the judgment would not be taken in good faith.

Dated: October 7, 2014.

                                                     ANDREW P. GORDON
                                                   United States District Judge